```
 1  CAROLYN COLLINS, STATE BAR NO. 083228
    ccollins@thelen.com
 2  LYNN R. FIORENTINO, STATE BAR NO. 226691
    lfiorentino@thelen.com
 3  GINA M. FORNARIO, STATE BAR NO. 246619
    gfornario@thelen.com
 4  THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
 5  San Francisco, CA 94105-3606
    Tel. 415.371.1200
 6  Fax 415.371.1211
 7  Attorneys for Defendant
 8  THE PROCTER & GAMBLE DISTRIBUTING, LLC
    (erroneously named and sued as Procter and Gamble Manufacturing Company)
```

ORIGINAL FILED
08 JUN 23 ⋯ 3:12
RICHARD W. WIEKING
U.S. CLERK
NO. DISTRICT COURT
      S J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C08 03057 RS   JW

| | |
|---|---|
| ELIZABETH PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE MANUFACTURING COMPANY; DOES 1 to 20,<br><br>        Defendants. | [Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021]<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** [Civ. L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 23, 2008           THELEN REID BROWN RAYSMAN & STEINER LLP

                               By  /s/ Lynn R. Fiorentino
                                   Carolyn Collins
                                   Lynn R. Fiorentino
                                   Gina M. Fornario
                                   Attorneys for Defendant
                                   The Procter & Gamble Distributing, LLC
                                   (erroneously named and sued as Procter and Gamble Manufacturing Company)

SF #1503449 v1                          -1-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [Civ. L.R. 3-16]