ORIGINAL FILED

CAROLYN COLLINS, STATE BAR NO. 083228
ccollins@thelen.com
LYNN R. FIORENTINO, STATE BAR NO. 226691
lfiorentino@thelen.com
GINA M. FORNARIO, STATE BAR NO. 246619
gfornario@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211
Attorneys for Defendant
THE PROCTER & GAMBLE DISTRIBUTING, LLC
(erroneously named and sued as Procter and Gamble Manufacturing Company)

08 JUN 23 ⁽ᴵᴵᴵ⁾ 3: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELIZABETH PEREZ,

        Plaintiff,

vs.

THE PROCTER & GAMBLE MANUFACTURING COMPANY; DOES 1 to 20,

        Defendants.

Case No. C08 03057 JW RS

[Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021]

**PROOF OF SERVICE BY HAND-DELIVERY**

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 225 West Santa Clara, 12th Floor, San Jose, California 95113.

On June 23, 2008, I personally served a true and correct copy of the following entitled document:

**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES**
**[Civ. L.R. 3-16]; and**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441(a); 1441(b); 1446(a) (DIVERSITY)**

1  on the following law firm at the address indicated:

2
       **Nelson McElmurry, Esq.**
3        **Law Offices of Thomas Salciccia**
       The Salciccia Building
4        870 North First Street
       San Jose, CA 95112
5

6     I declare under penalty of perjury under the laws of the State of California that the

7 foregoing is true and correct. Executed on June 23, 2008, at San Jose, California.

8        Signature: _____

9        Print Name: __Lupe Barron__

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Error! Unknown document property name.     -2-
**PROOF OF SERVICE BY HAND-DELIVERY**