| | |
|---|---|
| 1 | CAROLYN COLLINS, STATE BAR NO. 083228 |
| 2 | ccollins@thelen.com |
|   | LYNN R. FIORENTINO, STATE BAR NO. 226691 |
| 3 | lfiorentino@thelen.com |
|   | GINA M. FORNARIO, STATE BAR NO. 246619 |
| 4 | gfornario@thelen.com |
|   | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 5 | 101 Second Street, Suite 1800 |
| 6 | San Francisco, CA  94105-3606 |
|   | Tel. 415.371.1200 |
| 7 | Fax 415.371.1211 |
|   | Attorneys for Defendant |
| 8 | THE PROCTER & GAMBLE DISTRIBUTING, LLC |
| 9 | (erroneously named and sued as Procter and Gamble Manufacturing Company) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PEREZ, | Case No.: C 08-03057 JW |
| Plaintiff, | [Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021] |
| vs. | |
| THE PROCTER & GAMBLE MANUFACTURING COMPANY; DOES 1 to 20, | **CERTIFICATE OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL [FRCP 5(b)]** |
| Defendants. | |

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On June 23, 2008, I served by electronic mail and U.S. mail a true and correct copy of the following entitled documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**STANDING ORDER FOR ALL JUDGES IN THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following law firm at the address indicated:

**Nelson McElmurry, Esq.**
**Law Offices of Thomas Salciccia**
The Salciccia Building
870 North First Street
San Jose, CA 95112
nmcelmurry@sbcglobal.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 23, 2008, at San Francisco, California.

*/s/ Lynn R. Fiorentino*
Lynn R. Fiorentino