1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@thelen.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@thelen.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@thelen.com
4  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3606
   Tel. 415.371.1200
6  Fax 415.371.1211
7  Attorneys for Defendant
   THE PROCTER & GAMBLE DISTRIBUTING, LLC
8  (erroneously named and sued as The Procter and Gamble Manufacturing Company)

9

10                           UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

| | |
|---|---|
| 13  ELIZABETH PEREZ,<br><br>14              Plaintiff,<br><br>15       vs.<br><br>16  THE PROCTER & GAMBLE<br>17  MANUFACTURING COMPANY; DOES 1<br>    to 20,<br>18<br>19              Defendants. | Case No.: C 08 03057 JW<br><br>[Originally filed in San Benito Superior Court, Hollister–Civil Division, Case No. CU-08-00021]<br><br>**DEFENDANT THE PROCTER & GAMBLE DISTRIBUTING, LLC'S CORPORATE PARTY DISCLOSURE STATEMENT**<br><br>[Federal Rule of Civil Procedure 7.1] |

20

21

22       Pursuant to Federal Rule of Civil Procedure 7.1, requiring that Defendant The Procter &

23  Gamble Distributing, LLC, erroneously named and sued as The Procter & Gamble Manufacturing

24  Company ("Defendant"), a nongovernmental corporate party, identify any parent corporation and

25  publicly held corporation owning 10% or more of its stock, Defendant discloses as follows:

26
        1. The Procter & Gamble Distributing LLC and The Procter & Gamble U.S. Business
27
    Services Company are wholly owned subsidiaries of The Procter & Gamble Company.  The
28

SF #1518250 v1                                -1-
────────────────────────────────────────────────────────────────
DEFENDANT THE PROCTER & GAMBLE MANUFACTURING COMPANY, LLC'S CORPORATE PARTY
DISCLOSURE STATEMENT [FRCP 7.1] – Case No. 08 03057 JW

1  Procter & Gamble Company is a publicly traded company. The Procter & Gambling Distributing
2  LLC is the sole properly sued and served Defendant in this matter.
3
4
5  Dated: July 7, 2008                THELEN REID BROWN RAYSMAN & STEINER LLP
6
7
8
                                By      /s/ Lynn R. Fiorentino
9                                       Carolyn Collins
                                        Lynn R. Fiorentino
10                                      Gina M. Fornario
                                        Attorneys for Defendant
11                                      The Procter & Gamble Distributing, LLC
                                        (erroneously named and sued as The Procter and
12                                      Gamble Manufacturing Company)
13

SF #1518250 v1                          -2-
DEFENDANT THE PROCTER & GAMBLE MANUFACTURING COMPANY, LLC'S CORPORATE PARTY
DISCLOSURE STATEMENT [FRCP 7.1] – Case No. 08 03057 JW