1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@thelen.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@thelen.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@thelen.com
4  THELEN REID BROWN RAYSMAN & STEINER LLP
5  101 Second Street, Suite 1800
   San Francisco, CA  94105-3606
6  Tel. 415.371.1200
   Fax 415.371.1211
7  Attorneys for Defendant
8  THE PROCTER & GAMBLE DISTRIBUTING, LLC
   (erroneously named and sued as The Procter and Gamble Manufacturing Company)
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13  ELIZABETH PEREZ,                    | Case No.:  C 08 03057 JW

14                 Plaintiff,           | [Originally filed in San Benito Superior
                                        | Court, Hollister–Civil Division, Case No.
15       vs.                            | CU-08-00021]

16                                      |
    THE PROCTER & GAMBLE                | **UPDATED CERTIFICATE OF
17  MANUFACTURING COMPANY; DOES 1       | INTERESTED ENTITIES OR PARTIES**
    to 20,                              | **[Civ. L.R. 3-16]**
18
19                 Defendants.

20

21          Pursuant to Civil L.R. 3-16, the undersigned certifies the following listed persons,

22  associations of persons, firms, partnerships, corporations (including parent corporations) or other

23  entities (i) have a financial interest in the subject matter in controversy or in a party to the

24  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

25  substantially affected by the outcome of this proceeding:

26          1.  The Procter & Gamble Company:  The Procter & Gamble Distributing LLC is a wholly

27  owned subsidiary of The Procter & Gamble Company.

28

1

2.  The Procter & Gamble U.S. Business Services Company:  The Procter & Gamble U.S.

2

Business Services Company is a wholly owned subsidiary of The Procter & Gamble Company.

3

4

Dated: July 7, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP

5

6

7

By    _____/s/ Lynn R. Fiorentino_____

8

Carolyn Collins

9

Lynn R. Fiorentino

Gina M. Fornario

10

Attorneys for Defendant

The Procter & Gamble Distributing, LLC

11

(erroneously named and sued as The Procter and

Gamble Manufacturing Company)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28