| | |
|---|---|
| 1 | CAROLYN COLLINS, STATE BAR NO. 083228 |
| | ccollins@thelen.com |
| 2 | LYNN R. FIORENTINO, STATE BAR NO. 226691 |
| | lfiorentino@thelen.com |
| 3 | GINA M. FORNARIO, STATE BAR NO. 246619 |
| 4 | gfornario@thelen.com |
| | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 5 | 101 Second Street, Suite 1800 |
| | San Francisco, CA 94105-3606 |
| 6 | Tel. 415.371.1200 |
| 7 | Fax 415.371.1211 |
| | Attorneys for Defendant |
| 8 | THE PROCTER & GAMBLE DISTRIBUTING, LLC |
| | (erroneously named and sued as Procter and Gamble Manufacturing Company) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE MANUFACTURING COMPANY; DOES 1 to 20,<br><br>Defendants. | Case No.: C 08-03057 JW<br><br>[Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021]<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL [FRCP 5(b)]** |

    I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

    On July 8, 2008, I served by U.S. mail true and correct copies of the following entitled documents:

    **DEFENDANT THE PROCTER & GAMBLE DISTRIBUTING, LLC'S CORPORATE PARTY DISCLOSURE STATEMENT [FRCP 7.1]; and**

UPDATED CERTIFICATE OF INTERESTED ENTITIES OR PARTIES [CIV.L.R.3-16]

on the following law firm at the address indicated:

**Nelson McElmurry, Esq.**
**Law Offices of Thomas Salciccia**
The Salciccia Building
870 North First Street
San Jose, CA 95112
nmcelmurry@sbcglobal.net

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2008, at San Francisco, California.

*Marie Mosher*
_____
Marie Mosher

SF #1519792 v1

-2-

**CERTIFICATE OF SERVICE BY U.S. MAIL, Case No. C 08 03057 JW**