UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Perez,

          Plaintiff(s),

    v.

The Procter & Gamble Manufacturing
Company; DOES 1 to 20,

          Defendant(s).

CASE NO. C 08 03057 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)* Mediation. The parties are and conferring on a mutually agreeable mediator.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline Please see Attachment A incorporated herein by reference.

Dated: 12/8/08

Dated: 12-8-08

                              Attorney for Plaintiff

                              Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  X  Private ADR

Deadline for ADR session
  90 days from the date of this order.
  X  other    see attachment A.

IT IS SO ORDERED.

Dated: December 12, 2008

_____
UNITED STATES DISTRICT    JUDGE

*Elizabeth Perez v. The Procter & Gamble Manufacturing Company et al.*, **Case No. C 08 03057 JW**

## STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

### ATTACHMENT A

The parties agree it will be worthwhile to set an early mediation after the completion of a modest amount of initial discovery, including written discovery on both sides, initial record procurement, and plaintiff's deposition. The parties agree that is impracticable, for reasons which will be explained at the case management conference on December 29, 2008, to complete the early mediation before the end of April, 2009. If the early mediation is not successful, the parties will want to consider, through the completion of additional discovery, whether further alternative dispute resolution may be appropriate. The parties propose that the Court order that the initial mediation conclude no later than May 31, 2009.

12295000.1

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:_____

                                                             UNITED STATES MAGISTRATE JUDGE