1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@nixonpeabody.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@nixonpeabody.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA  94111-3600
   Telephone:    (415) 984-8200
6  Facsimile:    (415) 984-8300
   Attorneys for Defendant
7  THE PROCTER & GAMBLE DISTRIBUTING, LLC
   (erroneously named and sued as The Procter and Gamble Manufacturing Company)
8

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" signed Judge James Ware]*

9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION

12  ELIZABETH PEREZ,                      | Case No.: C 08 03057 JW
13              Plaintiff,                | [Originally filed in San Benito Superior
                                          | Court, Hollister – Civil Division, Case No.
14       vs.                              | CU-08-00021]
15  THE PROCTER & GAMBLE                  | STIPULATION TO CHANGE NAME OF
    MANUFACTURING COMPANY; DOES 1         | DEFENDANT, ERRONEOUSLY SUED
16  to 20,                                | AS THE PROCTER AND GAMBLE
                                          | MANUFACTURING COMPANY, TO
17              Defendants.               | THE PROCTER & GAMBLE
                                          | DISTRIBUTING, LLC AND
18                                        | [PROPOSED] ORDER
19
20
21
22       WHEREAS, the plaintiff in the above-referenced case, Elizabeth Perez ("Plaintiff"), filed a
23  lawsuit against The Procter & Gamble Distributing LLC ("Defendant"), erroneously named and sued
24  as The Procter and Gamble Manufacturing Company;
25       WHEREAS, both Plaintiff and Defendant recognize the potential for unwarranted confusion
26  at having Defendant, The Procter & Gamble Distributing LLC, erroneously named and sued as The
27  Procter and Gamble Manufacturing Company;
28

-1-

1  NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE to ask the Court to issue
2  an order, in the above-referenced case, deeming that Plaintiff filed her lawsuit against The Procter &
3  Gamble Distributing LLC.

4
5  Dated: ~~December~~ January 7 2009    NIXON PEABODY LLP

   By _____
   Carolyn Collins
   Lynn R. Fiorentino
   Gina M. Fornario
   Attorneys for Defendant
   The Procter & Gamble Distributing, LLC
   (erroneously named and sued as The Procter and
   Gamble Manufacturing Company)

Dated: December 30 2008    LAW OFFICES OF THOMAS SALCICCIA

   By _____
   Nelson McElmurry
   Attorneys for Plaintiff
   Elizabeth Perez

**IT IS SO ORDERED.**
   All future filings shall bear the corrected Defendant's name, and the Clerk shall
   modify the the docket accordingly.

Dated: January 16, 2009

   By: _____
   Judge James Ware

-2-

STIPULATION TO CHANGE NAME OF DEFENDANT AND
[PROPOSED] ORDER
CASE NO. 08 03057 JW

12317840.2