1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@nixonpeabody.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@nixonpeabody.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA  94111-3600
   Telephone:    (415) 984-8200
6  Facsimile:    (415) 984-8300
   Attorneys for Defendant
7  THE PROCTER & GAMBLE DISTRIBUTING, LLC

*IT IS SO ORDERED*
*Judge James Ware*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 | ELIZABETH PEREZ,                         | Case No.: C 08 03057 JW
12 |                                           |
   |              Plaintiff,                   | [Originally filed in San Benito Superior
13 |                                           | Court, Hollister – Civil Division, Case No.
   |       vs.                                 | CU-08-00021]
14 |                                           |
   | THE PROCTER & GAMBLE                      | **STIPULATION FOR FILING OF FIRST**
15 | MANUFACTURING COMPANY; DOES 1             | **AMENDED ANSWER**
   | to 20,                                    |
16 |                                           |
   |              Defendants.                  |
17

18     WHEREAS, after the time for amendment of right has expired, any pleading may be amended
19 with the written consent of the opposing party;
20     WHEREAS, pursuant to Federal Rules of Civil Procedure Rule 15(a)(2), no court order is
21 required in such cases.
22     IT IS HEREBY STIPULATED, by and between the plaintiff the above-referenced case,
23 Elizabeth Perez ("Plaintiff"), and defendant The Procter & Gamble Distributing LLC ("Defendant")
24 hereto through their respective attorneys of record that Defendant may filed a First Amended Answer,
25 a copy of which is attached hereto.
26     IT IS FURTHER STIPULATED that the Plaintiff waives notice and service of the First
27 Amended Answer.
28

Dated: ~~January~~ March 27, 2009    NIXON PEABODY LLP

By _Lynn R. Fiorentino_ (signature)
Carolyn Collins
Lynn R. Fiorentino
Gina M. Fornario
Attorneys for Defendant
The Procter & Gamble Distributing, LLC
(erroneously named and sued as The Procter and Gamble Manufacturing Company)

Dated: January ___, 2009    LAW OFFICES OF THOMAS SALCICCIA

By _(signature)_
Nelson McElmurry
Attorneys for Plaintiff
Elizabeth Perez

-2-