1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@nixonpeabody.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@nixonpeabody.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA  94111-3600
   Telephone:    (415) 984-8200
6  Facsimile:    (415) 984-8300

7  Attorneys for Defendant
   THE PROCTER & GAMBLE DISTRIBUTING, LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE DISTRIBUTING, LLC; DOES 1 to 20,<br><br>Defendants | Case No.: C 08 03057 JW<br><br>[Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021]<br><br>STIPULATION AND [PROPOSED] ORDER TO SUSPEND DEADLINE FOR ADR SESSION<br><br>Date: May 19, 2009<br>Time: 10:00 a.m.<br>Place: Nixon Peabody LLP, 700 Hansen Way, Palo Alto, California 94304 |

Plaintiff's counsel, Thomas Salciccia, recently learned that he will be unable to participate in mediation (private ADR) the parties had scheduled for May 21, 2009 due to impending back surgery. Timing and other details of counsel's surgery and recovery are still developing.

Consistent with the parties' objectives in seeking to resolve this case while avoiding excessive litigation expense, as reflected in the Court's prior scheduling order and order selecting ADR process, the parties, through their respective counsel, agree as follows.

1) The deposition of plaintiff, limited in scope by prior stipulation of counsel, will proceed on May 19, 2009. Thereafter, the parties will endeavor to settle the case through informal means on or before June 1, 2009.

2) The parties jointly request that the Court vacate the current order that private ADR be undertaken no later than May 31, 2009.

3) In the event that the parties do not succeed in resolving the case by June 1, 2009, the parties shall submit to the court no later than June 18, 2009 a revised Joint Case Management Statement and Proposed Order setting forth alternate ADR and other scheduling deadlines which account for Mr. Salciccia's medical condition as well as the needs of the Court and the parties to conclude this litigation.

Respectfully submitted:

Dated: May 14, 2009

NIXON PEABODY LLP

By: /s/ Carolyn Collins
Carolyn Collins
Lynn R. Fiorentino
Gina M. Fornario
Attorneys for Defendant
THE PROCTER & GAMBLE DISTRIBUTING LLC

Dated: May 14, 2009

LAW OFFICES OF THOMAS SALCICCIA

By: /s/ Thomas Salciccia
Thomas Salciccia
Nelson McElmurry
Attorneys for Plaintiff
ELIZABETH PEREZ

IT IS SO ORDERED:

Dated: May 26, 2009

/s/ James Ware
UNITED STATES DISTRICT JUDGE

12555894.1

-2-

STIPULATION AND [PROPOSED] ORDER TO SUSPEND DEADLINE FOR ADR SESSION