1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@nixonpeabody.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@nixonpeabody.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111-3600
   Telephone:   (415) 984-8200
6  Facsimile:   (415) 984-8300

7  Attorneys for Defendant
   THE PROCTER & GAMBLE DISTRIBUTING, LLC
8

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE DISTRIBUTING, LLC; DOES 1 to 20,<br><br>Defendants | Case No.: C 08 03057 JW<br><br>[Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021]<br><br>STIPULATION AND [PROPOSED] ORDER RE CASE RESOLUTION AND SCHEDULNG |

In anticipation of the current deadline of June 18, 2009 to submit a revised Joint Case Management Statement and Proposed Order setting forth proposed scheduling, the parties, through their respective counsel, agree as follows.

1) The parties have reached agreement to settle the matter in full. Plaintiff's counsel has in his possession a Release and Stipulated Request For Dismissal and [Proposed] Order.

2) The plaintiff is out of the area through June 19, 2009 and plaintiff's counsel anticipates completion of closing documents on or before June 29, 2009.

3) By no later than July 7, 2009, the parties shall submit to this court either an executed Stipulated Request For Dismissal and [Proposed] Order or a revised Joint Case Management Statement and propose order setting forth alternate ADR and other scheduling deadlines consistent with the Court's prior orders.

Respectfully submitted:

Dated: June 15, 2009

NIXON PEABODY LLP

By: _____
Carolyn Collins
Attorneys for Defendant
THE PROCTER & GAMBLE DISTRIBUTING LLC

Dated: June 16, 2009

LAW OFFICES OF THOMAS SALCICCIA

By: _____
Thomas Salciccia
Nelson McElmurry
Attorneys for Plaintiff
ELIZABETH PEREZ

*** ORDER ****

In light of the parties' representation that the case has settled in full, (Docket Item No. 21), the Court vacates all trial and pretrial dates. On or before **July 7, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **July 13, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 7, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 19, 2009

_____
JAMES WARE
United States District Judge

12594901.1                                -2-
STIPULATION AND [PROPOSED] ORDER RE CASE RESOLUTION AND SCHEDULING