1  CAROLYN COLLINS, STATE BAR NO. 083228
   ccollins@nixonpeabody.com
2  LYNN R. FIORENTINO, STATE BAR NO. 226691
   lfiorentino@nixonpeabody.com
3  GINA M. FORNARIO, STATE BAR NO. 246619
   gfornario@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111-3600
   Telephone:    (415) 984-8200
6  Facsimile:    (415) 984-8300

7  Attorneys for Defendant
   THE PROCTER & GAMBLE DISTRIBUTING, LLC
8

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ELIZABETH PEREZ, | Case No.: C 08 03057 JW |
|---|---|
| Plaintiff, | [Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021] |
| vs. | |
| THE PROCTER & GAMBLE DISTRIBUTING, LLC; DOES 1 to 20, | JOINT STATEMENT OF PARTIES IN RESPONSE TO COURT ORDER |
| Defendants | ORDER CONTINUING ORDER TO SHOW CAUSE |

In response to the Court's Order dated June 19, 2009 the Parties submit the following statement.

1) On July 1, 2009 defense counsel received the signed Release and Stipulated Request for Dismissal and [Proposed] Order from plaintiff's counsel.

2) Defendant has apprised its counsel that the settlement draft will be issued and sent from Cincinnati, Ohio, by mid-week. However, the close of defendant's fiscal year on June 30, 2009, made issuance of the check during the week of June, 2009 impossible.

///

///

///

12620309.1

-1-

3) Accordingly, the parties respectfully request that the Court continue by at least one week, until July 20, 2009 the appearance currently scheduled for July 13, 2009, subject to the same conditions stipulated by this Court's June 19, 2009 order.

Respectfully submitted:

Dated: July 6, 2009          NIXON PEABODY LLP

By: /s/ Carolyn Collins
Carolyn Collins
Attorneys for Defendant
THE PROCTER & GAMBLE DISTRIBUTING LLC

Dated: July 6, 2009          LAW OFFICES OF THOMAS SALCICCIA

By: /s/ Thomas Salciccia
Thomas Salciccia
Nelson McElmurry
Attorneys for Plaintiff
ELIZABETH PEREZ

*** ORDER ***

The Court finds good cause to GRANT the parties' Stipulation to continue the Order to Show Cause hearing from July 13, 2009 to **August 31, 2009 at 9 a.m**. On or before **August 10, 2009**, the parties shall file their Stipulated Dismissal. If no Stipulated Dismissal is on file that day, the parties shall file a Joint Status Report informing the Court of their efforts to reduce the settlement to a writing and to bring this case to a close.

This is the parties' final continuance.

Dated: July 7, 2009          /s/ James Ware
JAMES WARE
United States District Judge

12620309.1                    -2-
JOINT STATEMENT OF PARTIES IN RESPONSE TO ORDER TO SHOW CAUSE