CAROLYN COLLINS, STATE BAR NO. 083228
ccollins@nixonpeabody.com
LYNN R. FIORENTINO, STATE BAR NO. 226691
lfiorentino@nixonpeabody.com
GINA M. FORNARIO, STATE BAR NO. 246619
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:     (415) 984-8200
Facsimile:     (415) 984-8300

Attorneys for Defendant
THE PROCTER & GAMBLE DISTRIBUTING, LLC

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE DISTRIBUTING, LLC; DOES 1 to 20,<br><br>    Defendants | Case No.: C 08 03057 JW<br><br>[Originally filed in San Benito Superior Court, Hollister – Civil Division, Case No. CU-08-00021]<br><br>**STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |

THE PARTIES HEREBY STIPULATE AND AGREE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims in this matter be dismissed with prejudice. Each party shall bear its own attorneys fees and costs.

Dated: ~~May __,~~ July 1, 2009

NIXON PEABODY LLP

By: *Carolyn Collins*
Carolyn Collins
Attorneys for Defendant
THE PROCTER & GAMBLE DISTRIBUTING LLC

12587272.1

-1-

STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May __, 2009 | LAW OFFICES OF THOMAS SALCICCIA |
| 3 | 6-29-09 | |
| 4 | | By: /s/ Thomas Salciccia |
| 5 | | Thomas Salciccia<br>Nelson McElmurry |
| 6 | | Attorneys for Plaintiff<br>ELIZABETH PEREZ |
| 7 | IT IS SO ORDERED: | |
| 8 | The Clerk shall close this file. | |
| 9 | | |
| 10 | Dated: July 16, 2009 | /s/ James Ware |
| 11 | | JAMES WARE<br>United States District Judge |